IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25CR 234 - KDB

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>EVER NOE MALDONADO GOMEZ )<br>) | **BILL OF INDICTMENT**<br><br>Violation: 8 U.S.C. § 1326(a) |

## THE GRAND JURY CHARGES:

### COUNT ONE

On or about October 29, 2023, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**EVER NOE MALDONADO GOMEZ**

an alien previously removed from the United States on or about August 31, 2016, at or near Houston, Texas, was found in the United States after having knowingly entered the United States, and without having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY